R. HENRY BRANOM JR.
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, Montana 59401
hank_branom@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
     Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JANELLE RED DOG,<br><br>Defendant. | Case No. CR-16-60-GF-BMM<br><br>**DEFENDANT'S MOTION TO ENTER GUILTY PLEA** |

     Janelle Red Dog (Ms. Red Dog), the Defendant, by and through her attorneys, R. Henry Branom Jr., Assistant Federal Defender, and the Federal Defenders of Montana, hereby moves this Honorable Court to allow her to enter a plea of guilty to second degree murder, in violation of 18 U.S.C. §§ 1153(a) and 1111(a), the sole count contained in the Superseding Information in this matter.

     The original fully executed plea agreement will be filed with this Court Prior to the Change of Plea Hearing.  There is no requirement to seal this plea agreement.

Defendant consents to a referral of the Change of Plea proceedings to a United States Magistrate Judge in accord with Fed.R.Crim.P. 59(b).

RESPECTFULLY SUBMITTED this 21st day of April, 2017.

/s/ R. Henry Branom Jr.

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on April 21, 2017, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. BRYAN T. DAKE
   Assistant United States Attorney
   Counsel for the United States of America

3. JANELLE RED DOG
   Defendant

/s/ R. Henry Branom Jr.